

Ius Laboris USA Global HR Lawyers

366 Madison Avenue | 7th Floor
New York, New York 10017
Tel 212-453-5900 | Fax 212-453-5959

PHILIP K. DAVIDOFF
212-453-5915
pdavidoff@fordharrison.com

May 23, 2022

**VIA ECF**

Hon. Rachel P. Kovner
Hon. Vera M. Scanlon
U.S. District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

  Re: Malancea v. Family Home Care Services of Brooklyn and Queens, Inc. Order
     Case 1:18-cv-03261-RPK-VMS

Dear Judge Kovner and Magistrate Judge Scanlon:

  We are Defendant's counsel in this case. This letter is submitted on behalf of both parties pursuant to the Court's Order directing them to report on the status of the parties' dispute regarding the global arbitration.

  The global arbitration before Arbitrator Martin F. Scheinman based on the 1199SEIU class grievance that encompasses more than 30 home health care agencies, including Defendant Family Home Care Services of Brooklyn and Queens, Inc. concluded on February 23, 2022 with the issuance of a Final Award by the Arbitrator. Subsequently, on March 1, 2022, 1199SEIU filed a petition, unopposed by Respondents, to confirm the Final Award pursuant to the Labor Management Relations Act. However, other interested parties have sought to oppose confirmation of the Final Award. To date, the Court has not issued a decision and order concerning the Petition to Confirm the Final Award.

  Accordingly, the parties' respectfully request that Your Honor continue to stay this matter pending resolution of the Petition to Confirm the Final Award. The parties will report any significant developments to the Court and continue to submit status reports as frequently as the Court may direct.

            Respectfully submitted,

            *s/ Philip K. Davidoff*
            Philip K. Davidoff